USE TECHNO CORPORATION and Futoshi Matsuyama, Plaintiffs–Appellants,

v.

KENKO USA, INC., Soft–Gel Technologies, Inc., and Chemco Industries, Inc., Defendants–Appellees.

No. 2008–1203.

United States Court of Appeals, Federal Circuit.

Sept. 10, 2008.

**TANTRA ONE LLC, Appellant,**

v.

**TITA'S INC., Appellee.**

No. 2008–1497.

United States Court of Appeals, Federal Circuit.

Aug. 21, 2008.

Bruce B. Brunda, Stetina, Brunda, Garred & Brucker, Aliso Viejo, CA, for Appellant.

Frank Herrera, Rothstein Rosenfeldt Adler, Fort Lauderdale, FL, for Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**ORDER**

The appellant(s) having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.